AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 1:07 pm, Aug 26, 2025

United States of America
v.
Paul Anthony Bryant

*Defendant*

)
)
)
)
)
)
)

Case: 1:25-mj-00173
Assigned To: Judge Harvey, G. Michael
Assign. Date: 8/26/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Paul Anthony Bryant                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers or Employees;
18 U.S.C. § 115(a)(1)(B) - Influencing, impeding, or retaliating against a federal official by threatening;
DC Code § 22-1810 - Threatening to kidnap or injure a person.

Date: 08/26/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/26/25, and the person was arrested on *(date)* 8/27/25
at *(city and state)* Washington D.C.

Date: 8/27/25

*Arresting officer's signature*

DUSM Jacob Stose
*Printed name and title*