UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL ANTHONY BRYANT<br><br>　　　　Defendant. | Crim. Action No.: 25MJ173 |

**PAUL ANTHONY BRYANT'S MOTION TO RECONSIDER DENIAL OF REQUEST TO SCHEDULE DETENTION HEARING ON AUGUST 27 OR 28, 2025**

Paul Anthony Bryant, by and through undersigned counsel from the Office of the Federal Public Defender, respectfully moves this Court to reconsider counsel's request to schedule the Detention Hearing in this matter on August 28 or August 29, 2025. In support of this Motion, counsel states the following.

Paul Bryant appeared for an Initial Appearance today, August 27, 2025, based on a complaint charging him with one of count of resisting, impeding arrest, in violation of 18 U.S.C. § 111(a)(1) and one count of Influencing, impeding, a federal officer by threatening, in violation of 18 U.S.C. § 115 (a)(1)(B).

The Complaint alleges that on August 24, 2025, Mr. Bryant allegedly yelled threats at members of the Ohio National Guard who were conducting patrols pursuant to the President's Executive Order. The complaint alleges that Mr. Bryant made physical contact with one Guard with his left shoulder. No one is alleged to have been injured. Mr. Bryant detained for almost two days following his arrest and released from Superior Court. He was arrested on August 27, 2025, on the instant complaint.

Mr. Bryant has no prior record whatsoever. A West Point graduate, he served our country honorably as a member of the Army Reserves. He has served at least one tour of duty. Mr. Bryant has strong ties to this community. He does not present a flight risk or a danger to the community.

At the Initial Appearance counsel from the Federal Public Defender requested a Detention Hearing on August 28 or 29, citing the likelihood that the government will not be meet its burden of establishing by clear and convincing evidence that no conditions exist that will ensure the safety of the community and the length of time that Mr. Bryant has already been detained. The government requested September 2, which the Court granted. If the Detention Hearing is held on September 2, Mr. Bryant will be held for a total of *six days* awaiting his Detention Hearing.

The Bail Reform Act provides that the Detention Hearing shall be held immediately "unless . . .the attorney for the Government, seeks a continuance." 18 U.S.C. § 3142(f)(2)(B). The textual reading of Section 1342(f) is that judges must hold a detention hearing immediately but have the discretion to consider granting the request for a continuance. In other words, the three-day continuance is not automatic. *See United States v. McLean*, 749 F.Supp.3d 167 (D.D.C. 2024).

For the foregoing reasons and those stated in Court, Mr. Bryant, through undersigned counsel moves the Court to advance his Detention Hearing to August 28 or August 29, 2025. Attorneys from the Office of the Federal Public Defender will ensure that defense counsel is present to represent Mr. Bryant should the Court grant this request.

    Respectfully submitted,

    A. J. KRAMER
    FEDERAL PUBLIC DEFENDER

      /s/
    _____
    ELIZABETH MULLIN
    Assistant Federal Public Defender

625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

3